JOSEPH H. HAVENS, RESPONDENT, *v.* THE NATIONAL CITY BANK OF BROOKLYN, IMPLEADED, ETC., APPELLANT.

*Code, § 294 — National Bank — power of State court over — bankruptcy.*

Where a judgment has been recovered against an assignee in bankruptcy, an order cannot be made, under section 294 of the Code, requiring a bank, a depository of United States funds, to pay over to the judgment creditor money belonging to the estate of the bankrupt, deposited by the assignee with it.

APPEAL from an order denying a motion to vacate an order made in supplementary proceedings, requiring the appellant to pay over certain money to the respondent's attorney.

*W. H. Hollis,* for the appellant.

*John H. Bergen* and *E. L. Sanderson,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Order reversed, with ten dollars costs.